**Order filed December 19, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00701-CV
_____

**NATHANIEL JONES, Appellant**

**V.**

**HOUSTON POLICE DEPARTMENT, ET AL, AppelleeS**

On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2013-25627

## O R D E R

Appellant's brief was due December 9, 2014. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **January 21, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM